HAWAI'I DISABILITY RIGHTS CENTER

JENNIFER V. PATRICIO          8710
1132 Bishop Street, Suite 2102
Honolulu, Hawai'i  96813
Telephone:  (808) 949-2922
Facsimile:  (808) 949-2928
E-mail:     jpatricio@hawaiidisabilityrights.org

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| E.W., by and through his parents, H.W. and A.W., <br><br> Plaintiff, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, State of Hawai'i, <br><br> Defendant. | CIVIL NO. <br><br><br><br> **COMPLAINT; EXHIBITS "A"–"B"; SUMMONS** |

## PRELIMINARY STATEMENT

1.     Plaintiff E.W. is a student with a disability who was denied enrollment in a public school of the State Educational Agency of Hawai'i, Central School District ("District").  He brings this action by his parents, H.W. and A.W., in order to recover attorney fees and costs under the Individuals with Disabilities

Education Act ("IDEA"), 20 U.S.C. § 1415, *et seq.*, as a result of having prevailed after settlement among the parties.

2. The settlement was fully executed on April 20, 2015 by the Parties. *See* Exhibit "A" attached hereto. As a result of the settlement, E.W. returned and enrolled at Solomon Elementary School for the 2014-2015 school year.

3. The District agreed to conduct cognitive, academic, occupational therapy and speech language therapy assessments on E.W. The Parties agreed to have a meeting to discuss the results of the assessments after they were completed.

4. The relationship between the parties was materially altered by the settlement agreement. Plaintiff E.W. is the "prevailing party" in this action within the meaning of 20 U.S.C. § 1415(i)(3)(B)(i)(I).

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to the IDEA (20 U.S.C. § 1415(i)(2)(A)), as well as 28 U.S.C. §§ 1331 and 1343(a)(4). This Court is authorized to grant the request for declaratory relief pursuant to 28 U.S.C. §§ 2201-2202, and to award Plaintiff reasonable attorney's fees pursuant to the IDEA (20 U.S.C. § 1415(i)(3)(B)).

6. The venue for this action lies in the United States District Court for the District of Hawai'i pursuant to 28 U.S.C. § 1391(b). The District of Hawai'i is

the judicial district in which both the Plaintiff and Defendant resided at the time the claim arose.[1]

## PARTIES

7. Plaintiff E.W. is a 5 year-old male diagnosed with Brown's Syndrome (an unfocused eye condition characterized by the inability to look upward), hypotonia (muscle tone deficiency), Attention Deficit Disorder, Tenth Chromosome Defect (genetic disruption in the instructions for protein production that results in intellectual disability and delayed growth and development), and severe central and obstructive sleep apnea.

8. H.W. is E.W.'s mother.

9. A.W. is E.W.'s father.

10. The Defendant Department of Education ("DOE") is responsible for providing E.W. with a free appropriate public education ("FAPE") in accordance with the terms of the IDEA, 20 U.S.C. § 1401, *et seq*.

## STATEMENT OF FACTS

11. Plaintiff E.W. was 3 years old when DOE initially determined that he was IDEA eligible. DOE determined E.W. was eligible under IDEA on or about November 27, 2013.

---

[1] On or about June 2015, Plaintiff E.W. and his parents moved out of the State of Hawaiʻi.

12. In early 2014, parent H.W. met with Defendant DOE to discuss the possibility of re-evaluations and assessments for E.W.'s continued IDEA eligibility.

13. On or about March 31, 2014, H.W. and the DOE met about the re-evaluations. DOE agreed to complete only an adaptive assessment and classroom observation. H.W. requested that DOE develop a new IEP with the independent speech language assessment and occupational therapy assessments that the parents had provided to DOE. H.W.'s requests were denied.

14. On May 27, 2014, the DOE abruptly determined that E.W. no longer qualified for special education under IDEA. DOE refused to educate E.W. at Solomon Elementary School.

15. Plaintiff filed a Request for an Impartial Hearing on March 13, 2015 because of the Defendant's refusal to continue to provide E.W. with a FAPE.

16. A resolution session was held on March 27, 2015, where DOE agreed to complete cognitive, academic, occupational therapy and speech therapy assessments.

17. Pursuant to the further settlement negotiations by the parties, DOE agreed to allow E.W. to return to Solomon Elementary School's special education program for the remainder of 2014-2015 school year.

18. On April 20, 2015, a settlement agreement was signed between E.W.'s parents and DOE.

19. As a result of the settlement agreement, E.W. returned to Solomon Elementary School.

20. Defendant also agreed as part of the settlement agreement to pay reasonable attorney's fees and costs to the Plaintiffs.

21. Plaintiff has incurred attorney fees in the sum of $2,970.00, as set forth in the attorney timesheet and billing invoice attached hereto as Exhibit "B".

22. Plaintiff billed Defendant for attorney's fees on September 14, 2015. Despite negotiations, the Parties have been unable to agree on the amount to be paid.

23. The hours which were expended in providing legal services in this case are reasonable based on the Plaintiff attorney's experience, and the rates sought are well within those charged in the community.

## CLAIM FOR RELIEF

24. Based on the settlement agreement in this matter, the Plaintiff is the prevailing party in this case and is entitled to compensation in accordance with 20 U.S.C. § 1415(i)(3)(B) of the IDEA.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

A. DECLARE that the Plaintiff is the prevailing party in this matter;

B. DECLARE that the Plaintiff's request for attorney fees and costs is reasonable;

C. DIRECT the Defendant to pay to the Plaintiff's attorney the sum of $2,790.00;

D. DIRECT that the Defendant pay to the Plaintiff's attorneys additional attorney fees and costs incurred in the prosecution of this action; and,

E. AWARD such other relief as this Court deems just and proper.

DATED: Honolulu, Hawai'i, January 22, 2016.

/s/ Jennifer V. Patricio
JENNIFER V. PATRICIO

Attorney for Plaintiff