ORIGINAL   **LODGED**

SEP 27 2016
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 28 2016

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

DOUGLAS S. CHIN          6465
Attorney General, State of Hawai'i

HOLLY T. SHIKADA         4017
GREGG M. USHIRODA        5868
Deputies Attorney General
235 S. Beretania Street, Room 304
Honolulu, Hawai'i 96813
Phone: (808) 586-1255
Facsimile: (808) 586-1488
Email: Gregg.M.Ushiroda@hawaii.gov

Attorneys for Defendant Department
of Education, State of Hawai'i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| E.W., by and through his Parents, H.W. and A.W., <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, <br><br> Defendant. | CIVIL NO. 16-00025 DKW-RLP (Other Civil Action) <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |

662926v1

## STIPUATION FOR DISMISSAL
## OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED by and between Plaintiffs E.W., by and through his Parents, H.W. and A.W. (collectively "Plaintiffs"), by and through their attorney, Matthew C. Bassett, Esq., and the DEPARTMENT OF EDUCATION, STATE OF HAWAI'I (the "DOE"), by and through its attorney, Gregg M. Ushiroda, Deputy Attorney General, that all of Plaintiffs' claims against the DOE in the above-entitled matter are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

This stipulation for dismissal has been signed by counsel for all parties who have made an appearance in this action and there are no remaining parties and/or issues. Each party is to bear their own attorney's fees and costs in this action.

DATED:   Honolulu, Hawai'i,   9-20-16   .

_____
MATTHEW C. BASSETT
Attorney for Plaintiffs
E.W., by and through
his Parents, H.W. and A.W.

_____
GREGG M. USHIRODA
Deputy Attorney General
Attorney for Defendant
DEPARTMENT OF EDUCATION,
STATE OF HAWAI'I

APPROVED AND ORDERED:

_____ 9/27/16
JUDGE OF THE ABOVE-ENTITLED COURT

---

**Stipulation for Dismissal of All Claims and Parties, E.W., by and through his Parents, H.W. and A.W. vs. Department of Education, State of Hawai'i,** Civil No. 16-00025 DKW-RLP, United States District Court for the District of Hawai'i.